# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISELA V. PRESCOTT,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:20-cv-2740-SB (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to grant Defendant's motion for judgment on the pleadings and any relevant records as needed. Because the deadline for objections has passed with none filed by either side, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In any event, based on its review, the Court accepts the Report and Recommendation as filed.

  IT IS THEREFORE ORDERED that Defendant's motion be GRANTED as recommended and that Plaintiff's action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), be DISMISSED WITH PREJUDICE. Final judgment incorporating this order will entered accordingly.

  IT IS SO ORDERED.

DATED: February 22, 2023

                     STANLEY BLUMENFELD, JR.
                     United States District Judge