JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISELA V. PRESCOTT,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>         Defendants. | Case No. 2:20-cv-2740-SB (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation to Grant Defendant's Motion for Judgment on the Pleadings, **IT IS ADJUDGED** that Plaintiff's action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), is DISMISSED WITH PREJUDICE.

    Pursuant to the Order Dismissing Action for Failure to Prosecute, **IT IS ADJUDGED** that Plaintiff's action under the Federal Tort Claims Act is DISMISSED WITHOUT PREJUDICE.

DATED: February 22, 2023

STANLEY BLUMENFELD, JR.
United States District Judge